Marc Adams v. Stanley, et al.          CV-02-480-B          01/03/03          P

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE


Marc Richards Adams

   v.                                    Civil No. C. 02-480-B
_____Opinion No. 2003 DNH 014 P
Phillip Stanley, et al.


## O R D E R


After due consideration of the objection filed, I herewith approve the Report and

Recommendation of Magistrate Judge Muirhead dated December 18, 2002.

   SO ORDERED.


                             _____
                             Paul Barbadoro
                             Chief Judge


January 3, 2003

cc:  Marc Richards Adams, pro se
     Nancy Smith, Esq.